

**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
lscolarilaw@earthlink.net

TEL 212-227-8899                    FAX 212-964-2926

June 15, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08
```

Hon. Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: U.S. v. Hugh Goldson
07 Cr.971 (RPP)

Your Honor:

    I write to request additional time within which to file motions on behalf of Hugh Goldson. I have been engaged in the trial of *United States v. Damain Brown, et.al.* before Judge Rakoff since June 9, 2008 and expect to be so engaged for at least another week. As Judge Rakoff works with the jury five days a week from 9:00 a.m. to 5:00 p.m. and addresses legal issues with counsel thereafter, I have not been able to speak with John Zach, Esq. about this request. Therefore I am unable to suggest a new motion schedule at this time.

Very truly yours,

Lisa Scolari

cc: John Zach. Esq.

**MEMO ENDORSED**

**MEMO ENDORSEMENT READS:**
*Application granted. Defendant's time to file motions is extended to July 7, 2008. Time is excluded under the Speedy Trial Act.*
*So ordered.*
*Robert P. Patterson, Jr., U.S.D.J., 6/16/08*