```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

       against                     ORDER
                                07 Cr. 971 (RPP)

HUGHIE GRAY
AKA HUGH GOLDSON

        DEFENDANT
-------------------------------------------------X

    Upon the application of the defendant, HUGHIE GRAY, and defense counsel LISA SCOLARI, and upon cause being shown,

    IT IS HEREBY ORDERED that pursuant to the Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act, 18 U.S.C. 30006A, LISA SCOLARI, assigned counsel for the defendant herein may delegate and assign substantive tasks in connection with the representation of HUGHIE GRAY, to GARY VILLANUEVA, ESQ., who is a member of the Southern District of New York Criminal Justice Panel, and will act as her associate to assist in the preparation and trial of this case;

    IT IS FURTHER ORDERED that GARY VILLANUEVA shall submit a separate voucher detailing the hours that he worked on this matter for payment of his services.

Dated: August 7, 2008

                                                ROBERT P. PATTERSON
                                                UNITED STATES DISTRICT COURT