UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

UNITED STATES OF AMERICA

   -against-

HUGH GOLDSON, AKA HUGIE GRAY
                 DEFENDANT

------------------------------------------------X

ORDER
07 Cr. ~~917~~ (RPP)
971

    Upon the application and appended affidavit of Lisa Scolari, Esq., counsel for inmate HUGH GOLDSON, #28359-053, it is hereby:

    ORDERED that, [beginning August 8, 2008 RPP] the Warden of the Metropolitan Correctional Center in New York, permit inmate Hugh Goldson, access to the law library so that he may review the evidence CDs from his case, a minimum of four days a week for a minimum of four hours each session until his trial which will begin before this Court on September 15, 2008.

Dated: New York, N.Y.
       August 8, 2008

                                      SO ORDERED

                                      */s/ Robert P. Patterson*
                                      HONORABLE ROBERT P. PATTERSON
                                      UNITED STATES DISTRICT JUDGE

RECEIVED AUG -8 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08